Brooks *et al. v.* The Town of Jacksonville.

SAMUEL S. BROOKS and MURRAY McCONNELL, appellants
*v.* THE PRESIDENT and TRUSTEES OF THE TOWN OF
JACKSONVILLE, appellees.

*Appeal from Morgan.*

On appeal from the Circuit to the Supreme Court, a variance between the
amount of the judgment appealed from, and the amount recited in the bond, is
fatal, though the variance occurred through the mistake or inadvertence of the
clerk of the Circuit Court.
Where an appeal is dismissed, the Court will not permit the transcript of the re-
cord to be withdrawn for the purpose of bringing a writ of error.

IN this case judgment was rendered in the Morgan Circuit
Court for $50 debt and $11,55 damages.   In the condition of the
bond, the judgment was recited as for $61 and $50.   The deputy
clerk who transcribed the record, made affidavit that he filled up
the bond, and that the variance happened through his mistake
and inadvertence.

The appellees moved to dismiss the appeal on account of the
variance.

WM. BROWN, for the appellees.

M. McCONNELL, for the appellant.

*Per* SMITH, Justice:
This cause must be decided upon first principles.   If suit should
be brought on this bond, the allegations could not be supported
by proof.
This is not like the case of a variance between a judgment and
an execution.
The appeal must be dismissed.
*Appeal dismissed.*

McConnell thereupon moved the Court for leave to withdraw
the transcript of the record, for the purpose of bringing a writ
of error.

*Per* SMITH, Justice :
This motion must be denied.   The transcript has become a
part of the records of this Court, and cannot be withdrawn.
*Motion denied.*

Variances:  Pearsons *v.* Lee, *Ante* 193 ;  Felt *v.* Williams, *Ante* 206 ;  Leidig *v.*
Rawson, *Ante* 272 ;  Hull *v.* Blaisdell *et al., Ante* 332 ;  Peyton *et al. v.* Tappan,
*Ante* 388 ;  Linn *v.* Buckingham, *Ante* 451.